**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ALEJANDRO RAMON RAMIREZ SARATE,

Petitioner,

v. No. 2:26-cv-02917-KG-JMR

MARKWAYNE MULLIN, *Secretary of the U.S. Department of Homeland Security; et al.*;

Respondents.

**ORDER GRANTING PETITIONER'S MOTION TO PROCEED PRO SE**

This matter is before the Court on Petitioner Alejandro Ramon Ramirez Sarate's Motion for Leave to Proceed Pro Se (the "Motion"). Doc. 7.

***I. Background***

On October 13, 2026, Petitioner acting pro se sought leave of this Court to proceed pro se. Doc. 7. Attorney Nera Shefer currently represents Petitioner. In the Motion Petitioner states he has attempted to communicate with counsel about his case and that he has been unable to receive timely communication from Ms. Shefer. *Id.* at 1. Specifically, he attempted to communicate with Ms. Shefer regarding "urgent developments affecting his detention and removal proceedings" including his transfer to El Paso. *Id.* Based on Ms. Shefer's failure to communicate, Petitioner states that he no longer wishes to be represented by her and requests leave to proceed pro se. *Id.*

The Court issued an Order to Respond to Ms. Shefer on October 15, 2026. Doc. 9. The Court's Order to Respond directed Ms. Shefer to either respond to the Motion or move to withdraw as counsel no later than October 30, 2026. *Id.* Ms. Shefer did not respond or move to withdraw as ordered.

## *II. Conclusion*

The Court concludes that Mr. Ramirez Sarate should be allowed to proceed pro se. Accordingly, the Court orders as follows:

1. Ms. Shefer's representation of Petitioner is terminated.

2. The Clerk of the Court shall remove Ms. Shefer as counsel of record and update Petitioner's address as requested in the Motion.

3. The Clerk of the Court shall mail this order to Petitioner.

IT IS SO ORDERED.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.