**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ALEJANDRO RAMON RAMIREZ SARATE,

Petitioner,

v. No. 2:26-cv-02917-KG-JMR

MARKWAYNE MULLIN, *Secretary of the U.S. Department of Homeland Security; et al.*;

Respondents.

**ORDER TO ATTORNEY SHEFER TO SHOW CAUSE**

This matter is before the Court *sua sponte*. On September 3, 2026, Attorney Nera Shefer filed a Petition for a Writ of Habeas Corpus on behalf of Petitioner Alejandro Ramon Ramirez Sarate. Doc. 1. Ms. Shefer also filed a Motion for a Temporary Restraining Order on behalf of the Petitioner. Doc. 2. On October 13, 2026, Petitioner acting pro se filed a Motion for Leave to Proceed Pro Se. Doc. 7. In Petitioner's motion he states he has attempted to communicate with counsel about his case and that he has been unable to receive timely communication from Ms. Shefer. *Id.* at 1. Specifically, he attempted to communicate with Ms. Shefer regarding "urgent developments affecting his detention and removal proceedings" including his transfer to El Paso. *Id.* Based on Ms. Shefer's failure to communicate, Petitioner states that he no longer wishes to be represented by her and requests leave to proceed pro se. *Id.*

The Court issued an Order to Respond to Ms. Shefer on October 15, 2026. Doc. 9. The Court's Order to Respond directed Ms. Shefer to either respond to the Motion or move to withdraw as counsel no later than October 30, 2026. *Id.* Ms. Shefer did not respond or move to withdraw as ordered.

IT IS THEREFORE ORDERED that within seven (7) days of the entry of this Order, Attorney Shefer shall show cause, in a written response, why she failed to respond to the Court's October 15, 2026 Order, Doc. 9, and why she should be allowed to continue to practice in the United States District Court for the District of New Mexico.

IT IS SO ORDERED.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.