**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ALEJANDRO RAMON RAMIREZ SARATE,

Petitioner,

v. No. 2:26-cv-02917-KG-JMR

MARKWAYNE MULLIN*, Secretary of the U.S. Department of Homeland Security; et al.*;

Respondents.

**ORDER FOR STATUS REPORT**

This matter is before the Court *sua sponte*. On September 9, 2026, Petitioner acting pro se filed an appeal of his order of removal to the Tenth Circuit Court of Appeals. *See Ramirez Sarate v. Blanche*, No. 26-9615, (10th Cir.). The docket in Petitioner's Tenth Circuit matter indicates that Petitioner has been deported. *Id.* at Docs. 12–13.

IT IS THEREFORE ORDERED that within seven (7) days of the entry of this Order, Respondents shall file a status report stating whether Petitioner remains in custody or has been deported.

IT IS SO ORDERED.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.